IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY S. ORTIZ,

    Plaintiff,

v.

PETER HUIBREGTSE, DANIEL WESTFIELD,
BRIAN KOOL, SARAH MASON,
CHRISTINE BEERKIRCHER,
JEANNETTE COOK, MARLA WALTERS,
WILLIAM POLLARD, PETER ERICKSON,
CHRISTOPHER STEVENS, PAT BRANDT,
KEVIN STUTLEEN, SARAH MERLIN,
MICHAEL DELVAUX, MARK LESATZ and
WILLIAM SWIEKATOWSKI,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-195-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants;

(1) denying plaintiff leave to proceed and dismissing Peter Huibregtse, Daniel Westfield, Sarah Mason, William Pollard, Christopher Stevens, Kevin Stutleen, Sarah Merlin and Michael Delvaux;

(2) granting summary judgment and dismissing all claims against Peter Erickson, Pat Brandt, Mark Lesatz and William Swiekatowski for plaintiff's failure to exhaust his administrative remedies; and

(3) dismissing plaintiff's remaining claims voluntarily without prejudice.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

MAR 22 2013
Date